IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JORGE TORRES,<br>*Defendant.* | Criminal No. 98-514 |

## ORDER

**AND NOW**, this 6th day of June, 2025, upon consideration of Defendant's Petition for Writ of Error Coram Nobis (ECF No. 63), the Government's Response, and Defendant's Reply, it is hereby **ORDERED** that the motion is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge